**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO:  8:07-cr-100-T-30TBM

TIMOTHY KARON LEWIS
_____/

# ORDER

THIS CAUSE comes before the Court nunc pro tunc.  On January 15, 2008, the Court granted Defendant's motion to continue trial [Dkt. 19] by endorsed order.  That order did not address speedy trial calculations.

Therefore, it is ORDERED and ADJUDGED that the Court granted a continuance in this case to the March trial calendar to allow additional time for defense counsel to prepare for trial. The Court finds the ends of justice served by the continuance to allow the Defendant more time to prepare outweighs the best interest of the public and the Defendant in a speedy trial.  The time of the continuance is excluded from the speedy trial calculation.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Even\2007\07-cr-100.speedy trial.wpd*